1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
3  4100 Newport Place Dr., Suite 800
   Newport Beach, CA 92660
4  Tel: (949) 706-6464
   Fax: (949) 706-6469
5
   Attorneys for Plaintiff
6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | SONYA VALENZUELA, | Case No. 2:23-cv-01960-MEMF-PD |

12 | Plaintiff, |

13 | v. | **NOTICE OF SETTLEMENT** |
                 | **[L.R. 16-15.7]** |
14

15 | FATHEAD LLC, a Delaware limited liability company d/b/a FATHEAD.COM; and DOES 1 through 10, inclusive, |

16 | | Complaint Filed: February 9, 2023 |
     | Removed: March 16, 2023 |

17 | Defendants. |

18

...

NOTICE OF SETTLEMENT

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that a request for dismissal will be filed within forty-five (45) days of the date of this Notice.

Dated: April 5, 2023

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
    Scott J. Ferrell
    Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                               */s/ Scott J. Ferrell Esq.*
                                Scott J. Ferrell, Esq.